1   LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2   PATRICK J. COUGHLIN (111070)
    CHRISTOPHER P. SEEFER (201197)
3   LUKE O. BROOKS (212802)
    100 Pine Street, Suite 2600
4   San Francisco, CA  94111
    Telephone:  415/288-4545
5   415/288-4534 (fax)
         – and –
6   WILLIAM S. LERACH (68581)
    DARREN J. ROBBINS (168593)
7   401 B Street, Suite 1600
    San Diego, CA  92101
8   Telephone:  619/231-1058
    619/231-7423 (fax)
9
    Lead Counsel for Plaintiffs
10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                                            *E-FILED - 6/1/05*

14  In re LEAPFROG ENTERPRISES, INC.   )   No. C-03-05421-RMW
    SECURITIES LITIGATION              )
14                                     )
                                       )   CLASS ACTION
15  ─────────────────────────────────  )
                                       )
16  This Document Relates To:          )   STIPULATION AND ORDER
                                       )   MODIFYING BRIEFING SCHEDULE
16           ALL ACTIONS.              )
                                       )
17  ─────────────────────────────────  )

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS, on April 14, 2005, the Court issued an order approving the parties' stipulation

2 regarding the schedule for the filing and service of the consolidated complaint and the briefing

3 related to defendants' motion to dismiss the consolidated complaint;

4    WHEREAS, under the current schedule, lead plaintiff shall file and serve the consolidated

5 complaint by June 3, 2005; defendants shall file an answer or move to dismiss the consolidated

6 complaint by August 2, 2005; lead plaintiff's opposition to defendants' motion to dismiss shall be

7 filed and served by September 16, 2005; defendants' reply shall be filed and served by October 31,

8 2005; and the hearing on defendants' motion to dismiss shall be on November 18, 2005 at 9:00 a.m;

9    WHEREAS, the parties have agreed, subject to approval of the Court, to a slight modification

10 of the schedule for filing and serving the consolidated complaint and the briefing on defendants'

11 motion to dismiss;

12    WHEREAS, the November 18, 2005 hearing date will not be changed due to the

13 modification to the schedule for filing and serving the consolidated complaint and the briefing

14 related to defendants' motion to dismiss;

15    NOW, THEREFORE, the parties to these actions hereby stipulate and agree, by and through

16 their undersigned counsel, as follows:

17    1.    Lead plaintiff shall file and serve a consolidated complaint by June 17, 2005;

18    2.    Defendants shall file an answer or move to dismiss the consolidated complaint by

19 August 16, 2005;

20    3.    If defendants move to dismiss the consolidated complaint, lead plaintiff's opposition

21 shall be filed and served by September 23, 2005;

22    4.    Defendants' reply papers shall be filed and served by November 4, 2005; and

23    5.    The hearing on defendants' motion to dismiss shall be on November 18, 2005, at 9:00

24 a.m.

25

26

27

28

STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE –
C-03-5421-RMW                                                                                                    - 1 -

1    DATED:  May 24, 2005                          LERACH COUGHLIN STOIA GELLER
                                                      RUDMAN & ROBBINS LLP
2                                                  PATRICK J. COUGHLIN
                                                   CHRISTOPHER P. SEEFER
3                                                  LUKE O. BROOKS

4

5                                                  _____
                                                              /s/
                                                   CHRISTOPHER P. SEEFER
6

7                                                  100 Pine Street, Suite 2600
                                                   San Francisco, CA  94111
                                                   Telephone:  415/288-4545
8                                                  415/288-4534 (fax)

9                                                  LERACH COUGHLIN STOIA GELLER
                                                      RUDMAN & ROBBINS LLP
10                                                 WILLIAM S. LERACH
                                                   DARREN J. ROBBINS
11                                                 401 B Street, Suite 1600
                                                   San Diego, CA  92101
12                                                 Telephone:  619/231-1058
                                                   619/231-7423 (fax)
13
                                                   Lead Counsel for Plaintiffs
14
     DATED:  May 24, 2005                          WILSON SONSINI GOODRICH & ROSATI
15                                                 BORIS FELDMAN
                                                   LEO P. CUNNINGHAM
16                                                 DANIEL W. TURBOW
                                                   KASSRA P. NASSIRI
17

18                                                 _____
                                                              /s/
19                                                 KASSRA P. NASSIRI

20                                                 650 Page Mill Road
                                                   Palo Alto, CA  94304-1050
21                                                 Telephone:  650/493-9300
                                                   650/565-5100 (fax)
22
                                                   Attorneys for LeapFrog Enterprises, Inc.,
23                                                 Michael C. Wood, James P. Curley, Thomas J.
                                                   Kalinske, Paula A. Rious, James L. Marggraff,
24                                                 Mark B. Flowers, Robert W. Lally and Timothy
                                                   M. Bender
25

26          I, Christopher P. Seefer, am the ECF User whose ID and password are being used to file this

27   Stipulation and [Proposed] Order Setting Briefing Schedule.  In compliance with General Order 45,

28

     STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE –
     C-03-5421-RMW                                                                        - 2 -

1   X.B., I hereby attest that Kassra P. Nassiri, Wilson Sonsini Goodrich & Rosati, have concurred in

2   this filing.

3                                          *        *        *

4                                    **O R D E R**

5          Pursuant to stipulation of the parties, IT IS SO ORDERED.

6   DATED:   6/1/05                        /S/ RONALD M. WHYTE

7                                          THE HONORABLE RONALD M. WHYTE
                                           UNITED STATES DISTRICT JUDGE

8   T:\CasesSF\LeapFrog\STP00021348.doc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE –
C-03-5421-RMW                                                                           - 3 -

<u>DECLARATION OF SERVICE BY FACSIMILE</u>

I, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2.      That on May 24, 2005, declarant served by facsimile the **STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE** to the parties listed on the attached Service List.

3.      That there is a regular communication by facsimile between the place of origin and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 24th day of May, 2005, at San Francisco, California.


                                                    /s/
                                        CAROLYN BURR

LEAPFROG (LEAD)

Service List - 5/24/2005    (03-0393)

Page 1 of  2

**Counsel For Defendant(s)**

Boris  Feldman
Leo P. Cunningham
Daniel W. Turbow
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA  94304-1050
 650/493-9300
 650/493-6811 (Fax)

**Counsel For Plaintiff(s)**

| | |
|---|---|
| Todd S. Collins | Kurt B. Olsen |
| Berger & Montague, P.C. | Klafter & Olsen LLP |
| 1622 Locust Street | 2121 K Street, N.W., Suite 800 |
| Philadelphia, PA  19103 | Washington, DC  20037 |
|  215/875-3000 |  202/261-3553 |
|  215/875-4604 (Fax) |  240/683-8349 (Fax) |
| | |
| Samuel H. Rudman | Patrick J. Coughlin |
| David A. Rosenfeld | Christopher P. Seefer |
| Lerach Coughlin Stoia Geller Rudman & Robbins LLP | Lerach Coughlin Stoia Geller Rudman & Robbins LLP |
| 200 Broadhollow Road, Suite 406 | 100 Pine Street, Suite 2600 |
| Melville, NY  11747 | San Francisco, CA  94111-5238 |
|  631/367-7100 |  415/288-4545 |
|  631/367-1173 (Fax) |  415/288-4534 (Fax) |

LEAPFROG (LEAD)
Service List - 5/24/2005     (03-0393)
Page 2 of  2

William S. Lerach
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
401 B Street, Suite 1600
San Diego, CA  92101-4297
    619/231-1058
    619/231-7423 (Fax)