1 | BORIS FELDMAN, State Bar No.128838
  | LEO P. CUNNINGHAM, State Bar No. 121605
2 | DANIEL W. TURBOW, State Bar No. 175015
  | JONI L. OSTLER, State Bar No. 230009
3 | WILSON SONSINI GOODRICH & ROSATI
  | Professional Corporation
4 | 650 Page Mill Road
  | Palo Alto, CA 94304-1050
5 | Telephone:  (650) 493-9300
  | Facsimile:   (650) 565-5100
6 | Email: dturbow@wsgr.com

7 | Attorneys for Defendants
  | LEAPFROG ENTERPRISES, INC.,
8 | TIMOTHY M. BENDER, JAMES P.
  | CURLEY, MARK B. FLOWERS, THOMAS J.
9 | KALINSKE, ROBERT W. LALLY, JAMES L.
  | MARGGRAFF, PAUL A. RIOUX and
10 | MICHAEL C. WOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION     *E-FILED - 7/7/05*

| | |
|---|---|
| In re LEAPFROG ENTERPRISES, INC., SECURITIES LITIGATION | No. C-03-05421 (RMW)<br>And Related Cases<br><br>CLASS ACTION<br><br>STIPULATION AND ORDER MODIFYING SCHEDULE REGARDING MOTION FOR CLASS CERTIFICATION |
| This Document Relates to:<br><br>  All Actions. | Date:  N/A<br>Time:   N/A<br>Judge:  The Honorable Ronald M. Whyte |

1         WHEREAS on March 31, 2005, the Court issued an order in this action consolidating

2  numerous related cases, appointing Lead Plaintiffs and Lead Counsel, and setting a schedule for

3  various procedural events including the filing of a consolidated complaint and the filing and

4  briefing of a motion for class certification ("Order");

5         WHEREAS on June 17, 2005, Lead Plaintiffs filed their Consolidated Class Action

6  Complaint for Violations of the Federal Securities Laws ("Consolidated Complaint");

7         WHEREAS pursuant to the Order, Lead Plaintiffs are required to file a motion for class

8  certification within 30 days of the filing of their Consolidated Complaint, or July 18, 2005;

9         WHEREAS presently before the Court are several motions concerning two additional

10 class action complaints filed in this District against LeapFrog Enterprises, Inc., *The Parnassus*

11 *Fund, et al. v. Curley, et al.*, No. 05-0165 JSW, and *Gentry, et al. v. Curley, et al.*, No. 05-02279

12 MJJ, and whether those additional class actions should be related and consolidated with the

13 instant consolidated class action;

14        WHEREAS defendants anticipate filing a motion to dismiss the operative complaint in

15 this action (whether that be the present Consolidated Complaint or another amended consolidated

16 complaint ordered to be filed by the Court);

17        WHEREAS until the Court rules on the motions concerning the *Parnassus* and *Gentry*

18 actions, and until the Court has ruled on any motion to dismiss filed by defendants, counsel for

19 Lead Plaintiffs and defendants in this action have agreed in principle that it would not be

20 efficient to brief and adjudicate a motion for class certification;

21        NOW THEREFORE, it is hereby stipulated and agreed by the parties to this action, by

22 and through their undersigned counsel and subject to the approval of the Court, as follows:

23        1.    Lead Plaintiffs need not file their motion for class certification on July 18, 2005.

24        2.    The deadline to file a motion for class certification should be extended until after

25 the Court has ruled on any motion to dismiss by defendants.

26        3.    After the Court has ruled on any motion to dismiss the Consolidated Complaint or

27 such other operative amended consolidated complaint as the Court may order to be filed, the

28 parties shall meet and confer to discuss an appropriate schedule to file and brief a motion for

1  class certification, and the parties shall attempt to stipulate to such a schedule as promptly as
2  possible.
3
4  Dated:  June 30, 2005                           LERACH COUGHLIN STOIA GELLER
                                                                    RUDMAN & ROBBINS LLP
5
6
                                                             By:    /s/ Christopher P. Seefer
7                                                                   Christopher P. Seefer
8                                                            Lead Counsel for Plaintiffs
9
10 Dated:  June 30, 2005                           WILSON SONSINI GOODRICH & ROSATI
                                                                    Professional Corporation
11
12
                                                             By:    /s/ Daniel W. Turbow
13                                                                  Daniel W. Turbow
14                                                           Counsel for Defendants
15
16                                              **ORDER**
17        PURSUANT TO STIPULATION, IT IS SO ORDERED.
18 Dated:   7/7/05                                 /S/ RONALD M. WHYTE
                                                             The Honorable Ronald M. Whyte
19                                                           United States District Judge
20
21
22
23
24
25
26
27
28

1  I, Daniel W. Turbow, am the ECF User whose identification and password are being used
2 to file this Stipulation and [Proposed] Order Modifying Schedule Regarding Motion for Class
3 Certification.  In compliance with General Order 45.X.B, I hereby attest that Christopher P.
4 Seefer has concurred in this filing.

5 Dated:  June 30, 2005  WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Daniel W. Turbow
         Daniel W. Turbow

Counsel for Defendants Leapfrog Enterprises, Inc.,
James P. Curley, and Thomas J. Kalinske

STIP. & [PROPOSED] ORDER MODIFYING
SCHEDULE RE MOT. FOR CLASS CERT.
No. C-03-05421-RMW

-3-

C:\NrPortbl\PALIB1\FB1\2682394_1.DOC