```
 1  BORIS FELDMAN, State Bar No.128838
    LEO P. CUNNINGHAM, State Bar No. 121605
 2  DANIEL W. TURBOW, State Bar No. 175015
    JONI L. OSTLER, State Bar No. 230009
 3  WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
 4  650 Page Mill Road
    Palo Alto, CA 94304-1050
 5  Telephone:  (650) 493-9300
    Facsimile:  (650) 565-5100
 6  Email:  dturbow@wsgr.com

 7  Attorneys for Defendants
    LEAPFROG ENTERPRISES, INC.,
 8  TIMOTHY M. BENDER, JAMES P.
    CURLEY, MARK B. FLOWERS, THOMAS J.
 9  KALINSKE, ROBERT W. LALLY, JAMES L.
    MARGGRAFF, PAUL A. RIOUX and
10  MICHAEL C. WOOD
```

                          E-FILED 7/14/2005

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| In re LEAPFROG ENTERPRISES, INC., SECURITIES LITIGATION  This Document Relates to:  All Actions. | No. C-03-05421 (RMW) And Related Cases  CLASS ACTION  STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO THE CONSOLIDATED COMPLAINT  Date:  N/A  Time:  N/A  Judge: The Honorable Ronald M. Whyte |
|---|---|

STIP. & [PROPOSED] ORDER EXTENDING DEFS.'
TIME TO RESPOND TO CONSOLIDATED COMPL.
No. C-03-05421-RMW

C:\NrPortbl\PALIB1\FB1\2685941_1.DOC

1     WHEREAS on June 17, 2005, Lead Plaintiffs filed their Consolidated Class Action Complaint for Violations of the Federal Securities Laws ("Consolidated Complaint");

    WHEREAS pursuant to a Stipulation and Order dated June 1, 2005, Defendants are due to respond to the Consolidated Complaint filed in this action on August 16, 2005;

    WHEREAS on July 5, 2005, the Court issued an order relating certain securities class actions pending against LeapFrog Enterprises, Inc., and certain of its current and former officers and directors, and ordering that notice be published concerning the Consolidated Complaint in accordance with the lead plaintiff appointment provisions of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3);

    WHEREAS until the Court determines whether to appoint different or additional lead plaintiff(s) in this action pursuant to the lead plaintiff appointment provisions of the PSLRA, the parties will not know with certainty whether the Consolidated Complaint will remain the operative complaint; and

    WHEREAS counsel for Lead Plaintiffs and Defendants in the instant action have agreed in principle that it would not be efficient to require Defendants to respond to the current Consolidated Complaint in this action prior to the time that the Court has determined that the Consolidated Complaint should remain the operative complaint or has determined that an amended consolidated complaint should be filed and deemed the operative complaint.

    NOW THEREFORE, it is hereby stipulated and agreed by the parties to this action, by and through their undersigned counsel and subject to the approval of the Court, as follows:

    1.    Defendants need not respond to the current Consolidated Complaint by August 16, 2005.

    2.    After the Court has ruled on any forthcoming motions to be appointed Lead Plaintiff and after the Court has determined whether the current Consolidated Complaint shall remain the operative complaint or whether an amended consolidated complaint should be filed, the parties to this action shall forthwith attempt to stipulate to and present to the Court for its approval a schedule by which:


Case 5:03-cv-05421-RMW Document 138 Filed 07/14/2005 Page 3 of 4

    (a) Defendants shall respond to the current Consolidated Complaint if the Court deems the Consolidated Complaint should continue to be the operative complaint; or

    (b) Defendants shall respond to such other operative, amended consolidated complaint the Court directs to be filed.

Dated: July 7, 2005　　　　　　　　LERACH COUGHLIN STOIA GELLER
　　　　　　　　　　　　　　　　　　　RUDMAN & ROBBINS LLP


By:　/s/ Christopher P. Seefer
　　　　Christopher P. Seefer

Lead Counsel for Plaintiffs


Dated: July 7, 2005　　　　　　　　WILSON SONSINI GOODRICH & ROSATI
　　　　　　　　　　　　　　　　　　　Professional Corporation


By:　/s/ Daniel W. Turbow
　　　　Daniel W. Turbow

Counsel for Defendants


## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: **July 14, 2005**　　　　　　/s/ RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　The Honorable Ronald M. Whyte
　　　　　　　　　　　　　　　　　　　United States District Judge


STIP. & [PROPOSED] ORDER EXTENDING DEFS.'　　　-2-　　　C:\NrPortbl\PALIB1\FB1\2685941_1.DOC
TIME TO RESPOND TO CONSOLIDATED COMPL.
No. C-03-05421-RMW

1  I, Daniel W. Turbow, am the ECF User whose identification and password are being used
2  to file this Stipulation and [Proposed] Order Extending Defendants' Time to Respond to the
3  Consolidated Complaint. In compliance with General Order 45.X.B, I hereby attest that
4  Christopher P. Seefer has concurred in this filing.

5  Dated: July 7, 2005            WILSON SONSINI GOODRICH & ROSATI
                                  Professional Corporation

6

7
                                  By:   /s/ Daniel W. Turbow
8                                       Daniel W. Turbow

9                                 Counsel for Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. & [PROPOSED] ORDER EXTENDING DEFS.'         -3-                    C:\NrPortbl\PALIB1\FB1\2685941_1.DOC
TIME TO RESPOND TO CONSOLIDATED COMPL.
No. C-03-05421-RMW