Joseph J. Tabacco, Jr. (75484)
Christopher T. Heffelfinger (118058)
**BERMAN DEVALERIO PEASE TABACCO**
 **BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA  94104-2205
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email: jtabacco@bermanesq.com

*Proposed Liaison Counsel for the Class*

Steven J. Toll
Elizabeth Berney
Matthew K. Handley
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C**
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699
Email:  stoll@cmht.com

*Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LEAPFROG ENTERPRISES, INC. SECURITIES LITIGATION | CIVIL ACTION NO. C-03-05421-RMW |
| | **NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF LEAD PLAINTIFFS, AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL** |
| This Document Relates To: | |
| ALL ACTIONS | DATE: November 18, 2005<br>TIME: 9:00 A.M.<br>COURTROOM: Courtroom 6, 4th Floor |

[C-03-05421 RMW] NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF LEAD
PLAINTIFFS, AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

1

1  PLEASE TAKE NOTICE that on November 18, 2005, at 9:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Ronald M. White, United States District Judge, Courtroom 6, 4th Floor, 280 South 1st Street, San Jose, CA 95113, The Parnassus Fund and the Parnassus Equity Income Fund (collectively "Parnassus" or "Movants") will, and hereby do, move this Court for an order (1) appointing Parnassus Lead Plaintiffs pursuant to Section 21D(a)(3)(B) of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B) (the "PSLRA"); and (2) approving Movants' selection of the law firm of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as Lead Counsel, and Berman DeValerio Pease Tabacco Burt & Pucillo as Liaison Counsel.  Movants submit this Motion on the grounds that they are the "most adequate plaintiffs" pursuant to the PSLRA.

This Motion is based on this Notice of Motion and Motion, the Supporting Memorandum, the Declaration of Christopher T. Heffelfinger in Support of this Motion, the pleadings and other files herein, and such other written or oral argument as may be permitted by the Court.

Dated:  October 3, 2005

**BERMAN DEVALERIO PEASE TABACCO  BURT & PUCILLO**

   /s/ Christopher T. Heffelfinger
CHRISTOPHER T. HEFFELFINGER

Joseph J. Tabacco, Jr.
425 California Street, Suite 2100
San Francisco, CA  94104-2205
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

**Proposed Liaison Counsel for the Class**

COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C
Steven J. Toll
Elizabeth Berney
Matthew K. Handley
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699

**Proposed Lead Counsel for the Class**

[C-03-05421 RMW] NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF LEAD PLAINTIFFS, AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL