Joseph J. Tabacco, Jr. (75484)
Christopher T. Heffelfinger (118058)
Nicole Lavallee (165755)
Julie J. Bai (227047)
**BERMAN DeVALERIO PEASE TABACCO
   BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA  94104-2205
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email: jtabacco@bermanesq.com
Email: cheffelfinger@bermanesq.com
Email: nlavallee@bermanesq.com
Email: jbai@bermanesq.com

*Liaison Counsel for the Class*

Steven J. Toll (admitted pro hac vice)
Elizabeth Berney (admitted pro hac vice)
Matthew K. Handley (admitted pro hac vice)
**COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C**
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C.  20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699
Email:  stoll@cmht.com
Email: eberney@cmht.com
Email: mhandley@cmht.com

*Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 12/21/05*

| | |
|---|---|
| In re LEAPFROG ENTERPRISES, INC. SECURITIES LITIGATION | No. C-03-05421-RMW |
| ------------------------------------------------------ | **STIPULATION AND ORDER SETTING BRIEFING SCHEDULE** |
| This Document Relates To: | |
| ALL ACTIONS | |

WHEREAS, on November 23, 2005, the Court issued an order appointing Parnassus Fund

and Parnassus Equity Income Fund ("Parnassus") as lead plaintiff and approving Cohen, Milstein,

[C-03-05421 RMW] STIPULATION AND ORDER SETTING
BRIEFING SCHEDULE                                                                                                           1

Hausfeld & Toll, P.L.L.C. as lead counsel and Berman DeValerio Pease Tabacco Burt & Pucillo as Liaison Counsel;

WHEREAS, the Court also ordered lead plaintiff to file a consolidated complaint within 30 days after filing the order designating lead plaintiff unless otherwise agreed upon by the parties;

WHEREAS, the Court also ordered defendants to respond to the consolidated complaint within 30 days after service of the consolidated complaint unless otherwise agreed upon by the parties; and

WHEREAS, the parties have agreed, subject to the approval of the Court, to modify the schedule for the filing of the consolidated complaint and defendants' response thereto.

NOW, THEREFORE, the parties to these actions hereby stipulate and agree, by and through their undersigned counsel, as follows:

1. Lead plaintiff shall file and serve a consolidated complaint by January 20, 2006;
2. Defendants shall file an answer or move to dismiss the consolidated complaint by March 20, 2006;
3. If defendants move to dismiss the consolidated complaint, lead plaintiff's opposition shall be filed and served by May 19, 2006;
4. Defendants' reply papers shall be filed and served by June 16, 2006; and
5. The hearing on any motion to dismiss filed by defendants shall take place on July 7, 2006, at 9:00 a.m.

DATED: December 12, 2005

**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**

   /s/ Nicole Lavallee   
NICOLE LAVALLEE

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
Julie J. Bai
425 California Street, Suite 2100
San Francisco, CA  94104-2205
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

*Liaison Counsel for the Class*

| | |
|---|---|
| 1 | **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C** |
| 2 | Steven J. Toll |
|   | Elizabeth Berney |
| 3 | Matthew K. Handley |
|   | 1100 New York Avenue, N.W. |
| 4 | West Tower, Suite 500 |
|   | Washington, D.C. 20005 |
| 5 | Telephone:  (202) 408-4600 |
|   | Facsimile:  (202) 408-4699 |
| 6 | |
| 7 | *Lead Counsel for the Class* |
| 8 | **WILSON SONSINI GOODRICH & ROSATI** |
|   | Leo P. Cunningham |
| 9 | Boris Feldman |
|   | Daniel W. Turbow |
| 10 | |
|   |     /s/ Daniel W. Turbow |
| 11 | DANIEL W. TURBOW |
| 12 | 650 Page Mill Road |
|   | Palo Alto, CA 94304-1050 |
| 13 | Telephone: 650/493-9300 |
|   | 650/565-5100 (fax) |
| 14 | |
|   | *Counsel for Defendants* |

18  I, Nicole Lavallee, am the ECF User whose ID and password are being used to file this

Stipulation and Order Setting Briefing Schedule. In compliance with General Order

45, X.B., I hereby attest that Daniel W. Turbow, of Wilson Sonsini Goodrich & Rosati, has

concurred in this filing.

**O R D E R**

Pursuant to stipulation of the parties, **IT IS SO ORDERED**.

DATED: 12/21/05                    /S/ RONALD M. WHYTE
                                   THE HONORABLE RONALD M. WHYTE
                                   UNITED STATES DISTRICT JUDGE