Joseph J. Tabacco, Jr. (75484)
Christopher T. Heffelfinger (118058)
Nicole Lavallee (165755)
Julie J. Bai (227047)
**BERMAN DeVALERIO PEASE TABACCO
  BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA  94104-2205
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email: jtabacco@bermanesq.com
Email: cheffelfinger@bermanesq.com
Email: nlavallee@bermanesq.com
Email: jbai@bermanesq.com

*Liaison Counsel for the Class*

Steven J. Toll (admitted pro hac vice)
Elizabeth Berney (admitted pro hac vice)
Matthew K. Handley (admitted pro hac vice)
**COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C**
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C.  20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699
Email:  stoll@cmht.com
Email: eberney@cmht.com
Email: mhandley@cmht.com

*Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 1/26/05*

In re LEAPFROG ENTERPRISES, INC. SECURITIES LITIGATION

No. C-03-05421-RMW

**STIPULATION AND ORDER REVISING BRIEFING SCHEDULE**

This Document Relates To:

ALL ACTIONS

WHEREAS, on December 21, 2005, the Court ordered a stipulated briefing schedule for the filing of the amended consolidated complaint and defendants' response thereto; and

1    WHEREAS, in light of the press of other matters, on January 17, 2006, counsel for Lead Plaintiffs requested that Defendants agree to a one week extension of time for Lead Plaintiffs to file their Amended Consolidated Complaint, which is currently due on January 20, 2006; and

    WHEREAS, counsel for Defendants agreed to Lead Plaintiffs' request for a one-week extension, provided that Lead Plaintiffs agree to a similar one week extension of the remaining dates in the Court's December 21, 2005 briefing schedule; and

    WHEREAS, the parties have accordingly agreed, subject to the approval of the Court, to modify the schedule for the filing of the consolidated complaint and defendants' response thereto.

    NOW, THEREFORE, the parties to these actions hereby stipulate and agree, by and through their undersigned counsel, as follows:

1.    Lead plaintiff shall file and serve a consolidated complaint on or before January 27, 2006;

2.    Defendants shall file an answer or move to dismiss the consolidated complaint on or before March 27, 2006;

3.    If defendants move to dismiss the consolidated complaint, lead plaintiff's opposition shall be filed and served on or before May 26, 2006;

4.    Defendants' reply papers shall be filed and served on or before June 23, 2006; and

5.    The hearing on any motion to dismiss filed by defendants shall take place on July 14, 2006, at 9:00 a.m.

DATED: January 17, 2006

**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**

    /s/ Nicole Lavallee
    NICOLE LAVALLEE

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
Julie J. Bai
425 California Street, Suite 2100
San Francisco, CA  94104-2205
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

*Liaison Counsel for the Class*

|   |   |
|---|---|
| 1 | **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C** |
| 2 | Steven J. Toll |
|   | Elizabeth Berney |
| 3 | Matthew K. Handley |
|   | 1100 New York Avenue, N.W. |
| 4 | West Tower, Suite 500 |
|   | Washington, D.C. 20005 |
| 5 | Telephone:  (202) 408-4600 |
|   | Facsimile:  (202) 408-4699 |

*Lead Counsel for the Class*

**WILSON SONSINI GOODRICH & ROSATI**
Leo P. Cunningham
Boris Feldman
Daniel W. Turbow

     /s/ Daniel W. Turbow     
     DANIEL W. TURBOW

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: 650/493-9300
650/565-5100 (fax)

*Counsel for Defendants*

I, Nicole Lavallee, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Revising Briefing Schedule. In compliance with General Order 45, X.B., I hereby attest that Daniel W. Turbow, of Wilson Sonsini Goodrich & Rosati, has concurred in this filing.

**O R D E R**

Pursuant to stipulation of the parties, **IT IS SO ORDERED**.

DATED:    1/21/06              /S/ RONALD M. WHYTE           
                              THE HONORABLE RONALD M. WHYTE
                              UNITED STATES DISTRICT JUDGE

[C-03-05421 RMW] STIPULATION AND ORDER REVISING
BRIEFING SCHEDULE                                                                                  3