LEO P. CUNNINGHAM, State Bar No. 121605
BORIS FELDMAN, State Bar No.128838
DANIEL W. TURBOW, State Bar No. 175015
JONI L. OSTLER, State Bar No. 230009
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email: dturbow@wsgr.com

Attorneys for Defendants
LEAPFROG ENTERPRISES, INC.,
TIMOTHY M. BENDER, JAMES P.
CURLEY, MARK B. FLOWERS, THOMAS J.
KALINSKE, ROBERT W. LALLY, JAMES L.
MARGGRAFF, PAUL A. RIOUX and
MICHAEL C. WOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION                           *E-FILED - 4/14/06*

| | |
|---|---|
| In re LEAPFROG ENTERPRISES, INC., SECURITIES LITIGATION | No. C-03-05421 (RMW) And Related Cases |
| | CLASS ACTION |
| This Document Relates to:<br><br>All Actions. | STIPULATION AND ORDER EXTENDING PAGE LIMITS ON DEFENDANTS' MOTION TO DISMISS THE AMENDED, CONSOLIDATED COMPLAINT AND LEAD PLAINTIFFS' RESPONSE TO SUCH MOTION |

1       WHEREAS Plaintiffs filed their Amended Consolidated Class Action Complaint

2   ("Complaint") on January 27, 2006;

3       WHEREAS Defendants LeapFrog Enterprises, Inc., ("LeapFrog") Timothy M. Bender,

4   James P. Curley, Mark B. Flowers, Thomas J. Kalinske, Robert W. Lally, James L. Marggraff,

5   Paul A. Rioux and Michael C. Wood (the "Individual Defendants") (collectively, the

6   "Defendants") are due to respond to the Complaint on March 27, 2006;

7       WHEREAS Defendants intend to respond to the Complaint with motion(s) to dismiss;

8       WHEREAS LeapFrog anticipates the need to file a brief in excess of the 25-page limit

9   imposed by Civil Local Rule 7-4(b) due to the length of the Complaint, which is 150 pages not

10  including exhibits;

11      WHEREAS the Individual Defendants anticipate filing a separate motion to dismiss in

12  addition to joining in the motion to dismiss of LeapFrog;

13      NOW THEREFORE, it is hereby stipulated and agreed by the parties to this action, by

14  and through their undersigned counsel and subject to the approval of the Court, as follows:

15      1.      The page limitation for LeapFrog's brief in support of its motion to dismiss

16  should be increased from 25-pages to 40-pages.

17      2.      The page limitation for Plaintiffs' memorandum of points and authorities in

18  opposition to LeapFrog's motion to dismiss should be increased from 25-pages to 40-pages.

19      3.      If the Individual Defendants file a motion to dismiss separate from LeapFrog's

20  motion to dismiss, each Individual Defendant's brief in support of their motion to dismiss should

21  be limited to no more than 10-pages.

22      4.      If the Individual Defendants file a motion to dismiss and if Plaintiffs choose not to

23  file a combined memorandum of points and authorities in opposition to all the motions to

24  dismiss, Plaintiffs are permitted to file a memorandum of points and authorities of up to 10 pages

25  in opposition to each motion to dismiss filed by an Individual Defendant.

26      5.      If the Individual Defendants file a motion to dismiss and if Plaintiffs choose to

27  file a combined memorandum of points and authorities in opposition to all the motions to

28  dismiss, Plaintiffs are permitted to file a memorandum of points and authorities of 40-pages plus

1  the combined total of pages used by all the Individual Defendants for their briefs filed in support

2  of a motion to dismiss.

3  Dated: March 23, 2006                    WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation
4

5
                                            By:   /s/ Daniel W. Turbow
6                                                  Daniel W. Turbow

7                                           Counsel for Defendants

8  Dated: March 23, 2006                    BERMAN DeVALERIO PEASE TABACCO
                                            BURT & PUCILLO
9

10                                          By:   /s/ Nicole Lavallee
                                                   Nicole Lavallee
11
                                            Joseph J. Tabacco, Jr.
12                                          Christopher T. Heffelfinger
                                            Nicole Lavallee
13                                          Julie J. Bai
                                            425 California Street, Suite 2100
14                                          San Francisco, CA  94104-2205
                                            Telephone: (415) 433-3200
15                                          Facsimile:  (415) 433-6382

16
                                            Liason Counsel for the Class
17
                                            COHEN, MILSTEIN, HAUSFELD &
18                                          TOLL, P.L.L.C

19                                          Steven J. Toll
                                            Elizabeth Berney
20                                          Matthew K. Handley
                                            1100 New York Avenue, N.W.
21                                          West Tower, Suite 500
                                            Washington, D.C. 20005
22                                          Telephone:  (202) 408-4600
                                            Facsimile:  (202) 408-4699
23
                                            Lead Counsel for the Class
24

25

26

27

28

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/14/06                                    /s/ Ronald M. Whyte
                                         The Honorable Ronald M. Whyte
                                         United States District Judge

1    I, Daniel W. Turbow, am the ECF User whose identification and password are being used
2 to file this Stipulation and [Proposed] Order Extending Defendants' Time to Respond to the
3 Consolidated Complaint. In compliance with General Order 45.X.B, I hereby attest that Nicole
4 Lavallee has concurred in this filing.

Dated:  March 23, 2006                               WILSON SONSINI GOODRICH & ROSATI
                                                     Professional Corporation


                                                     By:    /s/ Daniel W. Turbow
                                                            Daniel W. Turbow

                                                     Counsel for Defendants

# CERTIFICATE OF SERVICE

I, Franchette Garcia, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

**STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS ON DEFENDANTS' MOTION TO DISMISS THE AMENDED, CONSOLIDATED COMPLAINT AND LEAD PLAINTIFFS' RESPONSE TO SUCH MOTION**

☒ By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

See attached Service List

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Palo Alto, California on March 23, 2006.

　　　　　　　　　　　　　　　　　　　　　　/s/ Franchette Garcia　　　　　　
　　　　　　　　　　　　　　　　　　　　　　Franchette Garcia

## SERVICE LIST

| | |
|---|---|
| \*  Joseph J. Tabacco, Jr.<br>Christopher T. Heffelfinger<br>Nicole Lavallee<br>Julie J. Bai<br>**Berman DeValerio Pease Tabacco Burt & Pucillo**<br>425 California Street, Suite 2100<br>San Francisco, CA  94104<br>Email:  jtabacco@bermanesq.com<br>cheffelfinger@bermanesq.com<br>nlavallee@bermanesq.com<br>jbai@bermanesq.com | Attorneys for Plaintiffs The Parnassus Fund and The Parnassus Equity Income Fund |
| \*\*  Steven J. Toll<br>Matthew K. Handley<br>**Cohen, Milstein, Hausfeld & Toll, P.L.L.C.**<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC  20005<br>Email:  stoll@cmht.com | Attorneys for Plaintiffs The Parnassus Fund and The Parnassus Equity Income Fund |
| \*\*  Catherine A. Torell<br>Elizabeth Berney<br>**Cohen, Milstein, Hausfeld & Toll, P.L.L.C.**<br>150 East 52nd Street, Thirtieth Floor<br>New York, NY  10022<br>Email:  ctorell@cmht.com<br>eberney@cmht.com | Attorneys for Plaintiffs The Parnassus Fund and The Parnassus Equity Income Fund |
| \*\*  David R. Scott<br>Arthur L. Shingler III<br>**Scott + Scott, LLC**<br>600 B Street, Suite 1500<br>San Diego, CA  92101<br>Email:  drscott@scott-scott.com<br>ashingler@scott-scott.com | Attorneys for Plaintiffs Fredde Gentry and Jason Kang |
| \*  Patrick J. Coughlin<br>Kimberly C. Epstein<br>Christopher P. Seefer<br>Luke O. Brooks<br>**Lerach Coughlin Stoia Geller Rudman & Robbins LLP**<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111<br>Email:  patc@lerachlaw.com<br>kimcor@lerachlaw.com<br>chriss@lerachlaw.com<br>LukeB@lerachlaw.com | Attorneys for Plaintiffs Alice Cupples and William Sullivan |

| | | |
|---|---|---|
| 1 | *  William S. Lerach<br>Darren J. Robbins | Attorneys for Plaintiffs Alice Cupples and William Sullivan |
| 2 | **Lerach Coughlin Stoia Geller Rudman & Robbins LLP** | |
| 3 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 | |
| 4 | Email:  e_file_sd@lerachlaw.com | |
| 5 | *  Samuel H. Rudman<br>David A. Rosenfeld | Attorneys for Plaintiffs Alice Cupples and William Sullivan |
| 6 | **Lerach Coughlin Stoia Geller Rudman & Robbins LLP** | |
| 7 | 58 South Service Road, Suite 200<br>Melville, NY  11747 | |
| 8 | Email:  drosenfeld@geller-rudman.com | |
| 9 | *  Laurence D. King<br>Linda M. Fong | Attorneys for Plaintiffs Alice Cupples and William Sullivan |
| 10 | **Kaplan Fox & Kilsheimer LLP** | |
| 11 | 555 Montgomery St., Suite 1501<br>San Francisco, CA  94111 | |
| 12 | Email:  lking@kaplanfox.com<br>lfong@kaplanfox.com | |
| 13 | *  Richard A. Maniskas<br>Marc A. Topaz | Attorneys for Plaintiffs Alice Cupples and William Sullivan |
| 14 | Darren J. Check | |
| 15 | **Schiffrin & Barroway, LLP** | |
|  | 280 King of Prussia Road | |
| 16 | Radnor, PA  19087 | |
|  | Email:  dcheck@sbclasslaw.com | |
| 17 | | |
|  | *  Lionel Z. Glancy | Attorneys for Arlene E. Medlyn |
| 18 | Peter A. Binkow | |
|  | Michael M. Goldberg | |
| 19 | **Glancy Binkow & Goldberg LLP** | |
|  | 1801 Avenue of the Stars, Suite 311 | |
| 20 | Los Angeles, CA  90067 | |
|  | Email:  info@glancylaw.com | |
| 21 | | |
|  | *  Solomon B. Cera | Attorneys for Plaintiff Ted Hicks |
| 22 | Gwendolyn R. Giblin | |
|  | **Gold Bennett Cera & Sidener, LLP** | |
| 23 | 595 Market Street, Suite 2300 | |
|  | San Francisco, CA  94105 | |
| 24 | Email:  scera@gbcsf.com | |
|  | ggiblin@gbcsf.com | |
| 25 | | |
|  | | |
| 26 | **  Jeffrey A. Klafter | Attorneys for Plaintiff Ted Hicks |
|  | Kurt B. Olsen | |
| 27 | **Klafter & Olsen LLP** | |
|  | 2121 K Street, N.W., Suite 800 | |
| 28 | Washington, DC  20037 | |

STIP. & [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR MOTION TO DISMISS PAPERS
No. C-03-05421-RMW

-7-

C:\NrPortbl\PALIB1\FB1\2838458_2.DOC

| | | |
|---|---|---|
| 1 | *  Marc S. Henzel<br>**Law Offices of Marc S. Henzel** | Attorneys for Plaintiff Carol N. Weil |
| 2 | 273 Montgomery Avenue, Suite 202<br>Bala Cynwyd, PA  19004 | |
| 3 | Email:  mhenzell182@aol.com | |

\* Denotes service via Electronic Case Filing system.

\*\* Denotes service via U.S. Mail