LEO P. CUNNINGHAM, State Bar No. 121605
BORIS FELDMAN, State Bar No.128838
DANIEL W. TURBOW, State Bar No. 175015
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email: dturbow@wsgr.com

Attorneys for Defendants
LEAPFROG ENTERPRISES, INC.,
TIMOTHY M. BENDER, JAMES P.
CURLEY, MARK B. FLOWERS, THOMAS J.
KALINSKE, ROBERT W. LALLY, JAMES L.
MARGGRAFF, PAUL A. RIOUX and
MICHAEL C. WOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION   *8/17/06*

| | |
|---|---|
| In re LEAPFROG ENTERPRISES, INC., SECURITIES LITIGATION <br><br> This Document Relates to: <br><br> All Actions. | No. C-03-05421 (RMW) <br> And Related Cases <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION AND [] ORDER REGARDING FILING OF AMENDED COMPLAINT AND RELATED SCHEDULING MATTERS** <br><br> Date:    N/A <br> Time:    N/A <br> Judge: The Honorable Ronald M. Whyte |

1  WHEREAS pursuant to the Court's Order of August 1, 2006, Lead Plaintiffs are due to file their Second Amended Consolidated Class Action Complaint ("Amended Complaint") on August 21, 2006;

WHEREAS, to accommodate multiple scheduling conflicts involving pre-existing trial commitments, vacations and the winter holidays, the parties have agreed, subject to the approval of the Court, to modify the schedule for the filing of the Amended Complaint and Defendants' response thereto.

NOW THEREFORE, the parties to this action hereby stipulate and agree, by and through their undersigned counsel, as follows:

1. Lead Plaintiffs shall file and serve their Amended Complaint on or before September 29, 2006;

2. Defendants shall respond to the Amended Complaint on or before November 22, 2006;

3. If Defendants move to dismiss the Amended Complaint, Lead Plaintiffs' opposition shall be filed and served on or before January 5, 2007;

4. Defendants' reply papers for any motion to dismiss shall be filed and served on or before January 26, 2007;

5. The hearing on any motion to dismiss filed by Defendants shall take place on February 9, 2007.

Dated: August 11, 2006            WILSON SONSINI GOODRICH & ROSATI
                                  Professional Corporation


                                  By:   /s/ Daniel W. Turbow
                                        Daniel W. Turbow

                                  Counsel for Defendants

///

STIP. & [] ORDER RE FILING OF AMD. COMPL. & RELATED SCHEDULING MATTERS, No. C-03-05421-RMW               -1-               C:\NrPortbl\PALIB1\FB1\2933876_1.DOC

| | | |
|---|---|---|
| 1 | Dated: August 11, 2006 | BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO |

By:  /s/ Nicole Lavallee
        Nicole Lavallee

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
Nicole Lavallee
Julie J. Bai
425 California Street, Suite 2100
San Francisco, CA  94104-2205
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

Liason Counsel for the Class

COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C

Steven J. Toll
Elizabeth Berney
Matthew K. Handley
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699

Lead Counsel for the Class

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  8/17/06                                         /s/ Ronald M. Whyte
                                                        The Honorable Ronald M. Whyte
                                                        United States District Judge

1    I, Daniel W. Turbow, am the ECF User whose identification and password are being used
2 to file this Stipulation and [Proposed] Order Regarding Filing of Amended Complaint and
3 Related Scheduling Matters. In compliance with General Order 45.X.B, I hereby attest that
4 Nicole Lavallee has concurred in this filing.

Dated:  August 11, 2006                          WILSON SONSINI GOODRICH & ROSATI
                                                 Professional Corporation


                                                 By:   /s/ Daniel W. Turbow
                                                       Daniel W. Turbow

                                                 Counsel for Defendants

# CERTIFICATE OF SERVICE

I, Franchette Garcia, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF AMENDED COMPLAINT AND RELATED SCHEDULING MATTERS**

☒ By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

See attached Service List

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Palo Alto, California on August 11, 2006.

        /s/ Franchette Garcia
Franchette Garcia

## SERVICE LIST

| | |
|---|---|
| *  Joseph J. Tabacco, Jr.<br>Christopher T. Heffelfinger<br>Nicole Lavallee<br>Julie J. Bai<br>**Berman DeValerio Pease Tabacco Burt<br>  & Pucillo**<br>425 California Street, Suite 2100<br>San Francisco, CA  94104<br>Email:  jtabacco@bermanesq.com<br>cheffelfinger@bermanesq.com<br>nlavallee@bermanesq.com<br>jbai@bermanesq.com | Attorneys for Plaintiffs The Parnassus Fund<br>and The Parnassus Equity Income Fund |
| **  Steven J. Toll<br>Matthew K. Handley<br>**Cohen, Milstein, Hausfeld & Toll,<br>P.L.L.C.**<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC  20005<br>Email:  stoll@cmht.com | Attorneys for Plaintiffs The Parnassus Fund<br>and The Parnassus Equity Income Fund |
| **  Catherine A. Torell<br>Elizabeth Berney<br>**Cohen, Milstein, Hausfeld & Toll,<br>P.L.L.C.**<br>150 East 52nd Street, Thirtieth Floor<br>New York, NY  10022<br>Email:  ctorell@cmht.com<br>eberney@cmht.com | Attorneys for Plaintiffs The Parnassus Fund<br>and The Parnassus Equity Income Fund |

* Denotes service via Electronic Case Filing system.

** Denotes service via U.S. Mail