Joseph J. Tabacco, Jr. (75484)
Christopher T. Heffelfinger (118058)
Nicole Lavallee (165755)
Julie J. Bai (227047)
**BERMAN DeVALERIO PEASE TABACCO
  BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA  94104-2205
Telephone:  (415) 433-3200
Facsimile:  (415) 433-6382
Email: jtabacco@bermanesq.com
Email: cheffelfinger@bermanesq.com
Email: nlavallee@bermanesq.com
Email: jbai@bermanesq.com

*Liaison Counsel for the Class*

Steven J. Toll (admitted pro hac vice)
Elizabeth Berney (admitted pro hac vice)
Matthew K. Handley (admitted pro hac vice)
**COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C**
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C.  20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699
Email:  stoll@cmht.com
Email: eberney@cmht.com
Email: mhandley@cmht.com

*Lead Counsel for the Class*

*E-FILED - 1/18/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re LEAPFROG ENTERPRISES, INC. SECURITIES LITIGATION<br><br>---<br><br>This Document Relates To:<br><br>ALL ACTIONS | No. C-03-05421-RMW<br><br>**STIPULATION AND [] ORDER MODIFYING BRIEFING SCHEDULE FOR THE OPPOSITION AND REPLY BRIEFS TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

1  WHEREAS, on November 22, 2006, Defendant LeapFrog Enterprises, Inc. and Individual Defendants filed two separate motions to dismiss the Second Amended Consolidated Class Action Complaint;

4  WHEREAS, the hearing on these motions was originally scheduled to take place on February 9, 2007;

6  WHEREAS, on January 10, 2007, the Court notified counsel for the parties that the Court would be unavailable on February 9, and that the hearing on the motions to dismiss was being continued;

9  WHEREAS, counsel for the parties have agreed to continue the hearing on the motions to dismiss to March 16, 2007, a date which the Court deemed acceptable;

11 WHEREAS, counsel for the parties have further agreed to revise the briefing schedule in light of the continuance of the hearing and to accommodate scheduling conflicts of counsel; and

13 WHEREAS, the parties previously had agreed, and submitted to the Court a stipulation reflecting their agreement, that plaintiffs may file a single combined opposition memorandum in response to the motions to dismiss not to exceed 50 pages in length, and the defendants may file a single combined reply memorandum not to exceed 30 pages in length.

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIP. AND [] ORDER MODIFYING BRIEFING SCHEDULE
[C-03-05421 RMW]                                                                                                                          1

NOW, THEREFORE, the parties to these actions hereby stipulate and agree, by and through their undersigned counsel, as follows:

1. Lead Plaintiffs may file a single combined opposition to Defendants' motions to dismiss not exceeding 50 pages in length, and Lead Plaintiffs shall file and serve their opposition on or before January 18, 2007; and

2. Defendants may file a single combined reply memorandum not exceeding 30 pages in length, and Defendants shall file and serve their reply on or before 12:00 p.m. Pacific Standard Time, February 23, 2007.

DATED:  January 16, 2007

**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**

/s/ Nicole Lavallee
NICOLE LAVALLEE

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
Julie J. Bai
425 California Street, Suite 2100
San Francisco, CA  94104-2205
Telephone:  (415) 433-3200
Facsimile:  (415) 433-6382

*Liaison Counsel for the Class*

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C**
Steven J. Toll
Elizabeth Berney
Matthew K. Handley
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C.  20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699

*Lead Counsel for the Class*

| | |
|---|---|
| 1 | |
| 2 | **WILSON SONSINI GOODRICH & ROSATI**<br>Leo P. Cunningham<br>Boris Feldman<br>Daniel W. Turbow |
| 3 | |
| 4 | /s/ Daniel w. Turbow<br>DANIEL W. TURBOW |
| 5 | |
| 6 | 650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100 |
| 7 | |
| 8 | *Counsel for Defendants* |

I, Nicole Lavallee, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Revising Briefing Schedule. In compliance with General Order 45, X.B., I hereby attest that Daniel W. Turbow, of Wilson Sonsini Goodrich & Rosati, has concurred in this filing.

**O R D E R**

Pursuant to stipulation of the parties, **IT IS SO ORDERED**.

DATED: 1/18/07

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

STIP. AND [] ORDER MODIFYING BRIEFING SCHEDULE
[C-03-05421 RMW]                                                                                              3