**E-FILED on** 10/19/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re LEAPFROG ENTERPRISES, INC. SECURITIES LITIGATION, <br><br> This Document Relates To: <br> ALL ACTIONS. | No. C-03-05421 RMW <br><br> ORDER GRANTING LEAD PLAINTIFF'S MOTION TO EXTEND TIME; DENYING MOTION TO EXCEED THE PAGE LIMIT FOR THE THIRD AMENDED COMPLAINT <br><br> [Re Docket No. 260] |

By order dated July 31, 2006, the court granted defendants' motions to dismiss the Amended Consolidated Class Action Complaint in this matter with leave to amend, specifying that the lead plaintiff's second amended complaint was not to exceed 50 pages. On September 30, 2007, the court granted defendants' motions to dismiss lead plaintiff's Second Amended Consolidated Class Action Complaint, granting plaintiff 20 days leave to amend. Although it did not so specify in its September 30, 2007 order, the parties have correctly surmised that the 50-page limit applies to the third amended complaint. On October 16, 2007, lead plaintiff filed a motion seeking a thirty-day extension of time to file its third amended complaint. It also asks the court for permission to exceed the 50-page limit so that it may file an amended complaint of up to 100 pages. Lead plaintiff sought

1  but was unable to obtain a stipulation from defendants, who also oppose this motion.

2       Lead plaintiff contends that the additional time is necessary "due to existing scheduling
3  demands and in order to properly address the Court's opinion regarding the [Second Amended Class
4  Action Complaint]." Mot. at 1. It also contends that the additional pages are necessary "to provide
5  additional detail that the Court deemed lacking in the SAC, and that Lead Plaintiff could not fit
6  within the prior 50-page limit." *Id.* Defendants counsel notes that it usually amenable to stipulating
7  to time extensions. However, in this case, the defendants feel that the additional time, part of which
8  is to be used to conduct additional factual research and seek out additional witnesses to support
9  claims dismissed by the court, is unwarranted given that this matter complaint was originally filed in
10 2003 and the plaintiffs have already had three years to seek factual support for their allegations.
11 Defendants oppose the request to file a complaint of up to 100 pages, pointing out that the court has
12 already held that many of the challenged statements in the Second Amended Consolidated Class
13 Action Complaint cannot be the basis for a securities fraud claim. They contend that the elimination
14 of those statements makes the 50-page limit more than adequate.

15      The court denies lead plaintiff's request to file a third amended complaint in excess of the 50-
16 page limit. However, because of the anticipated complexity involved in addressing the court's
17 concerns with the prior complaint and the fact that lead plaintiff will be required to plead its claims
18 within the previously-established page limit, the court finds good cause to grant lead plaintiff's
19 request for a 30-day extension.

22 DATED:     10/19/07                              *Ronald M. Whyte*
                                                    RONALD M. WHYTE
23                                                  United States District Judge

ORDER GRANTING LEAD PLAINTIFF'S MOTION TO EXTEND TIME; DENYING MOTION TO EXCEED THE PAGE LIMIT FOR THE THIRD AMENDED COMPLAINT—No. C-03-05421 RMW
MAG                                                 2

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

| | |
|---|---|
| Julie Juhyun Bai | jbai@bermanesq.com |
| Luke O Brooks | lukeb@csgrr.com |
| Solomon B. Cera | scera@gbcslaw.com |
| Patrick J. Coughlin | PatC@csgrr.com |
| Kimberly C. Epstein | kimcor@lerachlaw.com |
| Linda M. Fong | lfong@kaplanfox.com |
| Gwendolyn R. Giblin | ggiblin@gbcslaw.com |
| Michael M. Goldberg | info@glancylaw.com |
| Matthew K. Handley | mhandley@cmht.com |
| Marc S. Henzel | mhenzel182@aol.com |
| Laurence D. King | lking@kaplanfox.com |
| Nicole Catherine Lavallee | nlavallee@bermanesq.com |
| William S. Lerach | e_file_sd@lerachlaw.com |
| David Avi Rosenfeld | drosenfeld@geller-rudman.com |
| Samuel H. Rudman | srudman@csgrr.com |
| Christopher Paul Seefer | chriss@csgrr.com |

**Counsel for Defendant:**

| | |
|---|---|
| Daniel W. Turbow | dturbow@wsgr.com |
| Leo Patrick Cunningham | lcunningham@wsgr.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 10/19/07

/s/ MAG
**Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California

ORDER GRANTING LEAD PLAINTIFF'S MOTION TO EXTEND TIME; DENYING MOTION TO EXCEED THE PAGE LIMIT FOR THE THIRD AMENDED COMPLAINT—No. C-03-05421 RMW
MAG                                                                       3