1  LEO P. CUNNINGHAM, State Bar No. 121605
   BORIS FELDMAN, State Bar No.128838
2  DANIEL W. TURBOW, State Bar No. 175015
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile:  (650) 565-5100
   Email: dturbow@wsgr.com
6
   Attorneys for Defendants
7  LEAPFROG ENTERPRISES, INC.,
   TIMOTHY M. BENDER, JAMES P.
8  CURLEY, MARK B. FLOWERS, THOMAS J.
   KALINSKE, ROBERT W. LALLY, JAMES L.
9  MARGGRAFF, PAUL A. RIOUX and                    *E-FILED - 11/14/07*
   MICHAEL C. WOOD
10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                         SAN JOSE DIVISION

14  In re LEAPFROG ENTERPRISES, INC.,  )   No. C-03-05421 (RMW)
    SECURITIES LITIGATION              )   And Related Cases
15                                     )
                                       )   CLASS ACTION
16                                     )
                                       )   STIPULATION AND [xxxxxxxxxxxxx]
17                                     )   ORDER REGARDING BRIEFING
                                       )   SCHEDULE FOR RESPONSE TO
18  This Document Relates to:          )   THIRD AMENDED COMPLAINT
                                       )   AND RELATED SCHEDULING
19      All Actions.                   )   MATTERS
                                       )
20                                     )   Date:  N/A
                                       )   Time:  N/A
21                                     )   Judge: The Honorable Ronald M. Whyte
                                       )
22
23
24
25
26
27
28

STIP. & [xxxxxxxxx] ORDER RE SCHEDULING              C:\NrPortbl\PALIB1\FB1\3235166_1.DOC
No. C-03-05421-RMW

1   WHEREAS pursuant to the Court's Order of October 19, 2007, Lead Plaintiffs are due to file their Third Amended Consolidated Class Action Complaint ("TAC") on November 21, 2007;

   WHEREAS, Defendants anticipate filing a motion to dismiss the TAC:

   WHEREAS, to accommodate scheduling conflicts due to the winter holidays, the parties have agreed, subject to the approval of the Court, to the following schedule for briefing and hearing Defendants' anticipated motion(s) to dismiss the TAC.

   NOW THEREFORE, the parties to this action hereby stipulate and agree, by and through their undersigned counsel of record in this action, as follows:

   1. Defendants' motion(s) to dismiss the TAC shall be filed and served on or before January 15, 2008;

   2. Plaintiffs' opposition papers shall be filed and served on or before March 3, 2008;

   3. Defendants' reply papers shall be filed and served on or before March 28, 2008;

   4. The hearing on Defendants' motion to dismiss shall take place on April 11, 2008, or such other date as the Court orders.

Dated: November 12, 2007            WILSON SONSINI GOODRICH & ROSATI
                                     Professional Corporation


                                     By:   /s/ Daniel W. Turbow
                                           Daniel W. Turbow

                                     Counsel for Defendants

///

| | | |
|---|---|---|
| 1 | Dated: November 12, 2007 | BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO |
| 2 | | |
| 3 | | |
| 4 | | By:   /s/ Nicole Lavallee<br>       Nicole Lavallee |
| 5 | | |
| 6 | | Joseph J. Tabacco, Jr.<br>Christopher T. Heffelfinger |
| 7 | | Nicole Lavallee<br>Julie J. Bai |
| 8 | | 425 California Street, Suite 2100<br>San Francisco, CA 94104-2205 |
| 9 | | Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382 |
| 10 | | |
| 11 | | Liason Counsel for the Class |
| 12 | | COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C |
| 13 | | Steven J. Toll |
| 14 | | Elizabeth Berney<br>Matthew K. Handley |
| 15 | | 1100 New York Avenue, N.W.<br>West Tower, Suite 500 |
| 16 | | Washington, D.C. 20005<br>Telephone: (202) 408-4600 |
| 17 | | Facsimile: (202) 408-4699 |
| 18 | | Lead Counsel for the Class |

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/14/07

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge

1     I, Daniel W. Turbow, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Regarding Briefing Schedule for Response to Third Amended Complaint and Related Scheduling Matters. In compliance with General Order 45.X.B, I hereby attest that Nicole Lavallee has concurred in this filing.

Dated: November 12, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Daniel W. Turbow
       Daniel W. Turbow

Counsel for Defendants