1  LEO P. CUNNINGHAM, State Bar No. 121605
   BORIS FELDMAN, State Bar No. 128838
2  DANIEL W. TURBOW, State Bar No. 175015
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   Email: dturbow@wsgr.com
6
   Attorneys for Defendants
7  LEAPFROG ENTERPRISES, INC.,
   TIMOTHY M. BENDER, JAMES P.
8  CURLEY, THOMAS J. KALINSKE, and
   MICHAEL C. WOOD

*E-FILED - 12/6/07*

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13  In re LEAPFROG ENTERPRISES, INC.,   )   No. C-03-05421 (RMW)
    SECURITIES LITIGATION               )   And Related Cases
14                                      )
                                        )   CLASS ACTION
15                                      )
                                        )   STIPULATION AND [XXXXXXXXXXX]
16                                      )   ORDER MODIFYING BRIEFING
                                        )   SCHEDULE FOR RESPONSE TO
17                                      )   THIRD AMENDED COMPLAINT
    This Document Relates to:           )
18                                      )   Date:  N/A
       All Actions.                     )   Time:  N/A
19                                      )   Judge: The Honorable Ronald M. Whyte
                                        )
20                                      )
                                        )
21                                      )

STIP. & [XXXXXXX] ORDER MODIFYING
BRIEFING SCHEDULING
No. C-03-05421-RMW

C:\NrPortbl\PALIB1\FB1\3242895_1.DOC

WHEREAS pursuant to the Court's Order of October 19, 2007, Lead Plaintiffs filed their Third Amended Consolidated Class Action Complaint ("TAC") on November 21, 2007;

WHEREAS, pursuant to the parties' prior stipulation and the Court's Order of November 14, 2007, Defendants' response to the TAC is currently due on January 15, 2008;

WHEREAS, Defendants anticipate filing a motion to dismiss the TAC;

WHEREAS, the parties have agreed to proceed with a mediation before The Honorable Nicholas Politan (Ret.) on January 28, 2008;

WHEREAS, in order to conserve Defendants' resources before the mediation, the parties have agreed that the deadline for Defendants to respond to the TAC should be extended until after the mediation; and

WHEREAS the parties have further agreed that if the mediation is unsuccessful, any motion to dismiss filed by Defendants should be briefed according to a schedule consistent with the briefing schedule set forth in the Court's Order of November 14, 2007.

NOW THEREFORE, the parties to this action hereby stipulate and agree, by and through their undersigned counsel of record in this action, as follows:

1. Defendants' deadline to respond to the TAC is extended from January 15, 2008 to March 14, 2008 (45 days from the date of the mediation);
2. If Defendants file a motion to dismiss, Plaintiffs' opposition papers shall be filed and served on or before April 30, 2008;
3. Defendants' reply papers shall be filed and served on or before May 30, 2008;
4. The hearing on Defendants' motion to dismiss shall take place on June 13, 2008, or such other date as the Court orders.

Dated: November 28, 2007         WILSON SONSINI GOODRICH & ROSATI
                                 Professional Corporation


                                 By:    /s/ Daniel W. Turbow
                                        Daniel W. Turbow

                                 Counsel for Defendants

///

STIP. & XXXXXXXXX ORDER MODIFYING BRIEFING SCHEDULING   -1-   C:\NrPortbl\PALIB1\FB1\3242895_1.DOC
No. C-03-05421-RMW

| | | |
|---|---|---|
| 1 | Dated: November 28, 2007 | BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO |

By:  /s/ Nicole Lavallee
        Nicole Lavallee

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
Nicole Lavallee
Julie J. Bai
425 California Street, Suite 2100
San Francisco, CA  94104-2205
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

Liason Counsel for the Class

COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C

Steven J. Toll
Elizabeth Berney
Matthew K. Handley
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699

Lead Counsel for the Class

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  12/6/07

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge

1   I, Daniel W. Turbow, am the ECF User whose identification and password are being used
2   to file this Stipulation and [Proposed] Order Regarding Briefing Schedule for Response to Third
3   Amended Complaint. In compliance with General Order 45.X.B, I hereby attest that Nicole
4   Lavallee has concurred in this filing.

Dated:  November 28, 2007                    WILSON SONSINI GOODRICH & ROSATI
                                             Professional Corporation


                                             By:    /s/ Daniel W. Turbow
                                                    Daniel W. Turbow

                                             Counsel for Defendants