1 | LEO P. CUNNINGHAM, State Bar No. 121605
BORIS FELDMAN, State Bar No.128838
2 | DANIEL W. TURBOW, State Bar No. 175015
WILSON SONSINI GOODRICH & ROSATI
3 | Professional Corporation
650 Page Mill Road
4 | Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
5 | Facsimile: (650) 565-5100
Email: dturbow@wsgr.com

Attorneys for Defendants
LEAPFROG ENTERPRISES, INC.,
TIMOTHY M. BENDER, JAMES P.
CURLEY, THOMAS J. KALINSKE, and
MICHAEL C. WOOD

*E-FILED - 3/13/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re LEAPFROG ENTERPRISES, INC., SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>    All Actions. | No. C-03-05421 (RMW)<br>And Related Cases<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [] ORDER REGARDING DEFENDANTS' RESPONSE TO THIRD AMENDED COMPLAINT AND RELATED SCHEDULING MATTERS**<br><br>Date: N/A<br>Time: N/A<br>Judge: The Honorable Ronald M. Whyte |

| | |
|---|---|
| 1 | WHEREAS plaintiffs filed their Third Amended Complaint ("Complaint") in this action on November 21, 2007; |
| 2 | |
| 3 | WHEREAS, pursuant to the parties' stipulation and the Court's order dated December 6, 2007, Defendants' response to the Complaint is currently due on March 14, 2008; |
| 4 | |
| 5 | WHEREAS the parties participated in a mediation on January 28, 2008 with the Honorable Nicholas Politan (ret.), and after the mediation the parties reached an agreement in principle to settle this action; and |
| 6 | |
| 7 | |
| 8 | WHEREAS counsel for the parties have conferred for the purpose of having this action and the settlement approval process proceed in an efficient and orderly manner. |
| 9 | |
| 10 | NOW THEREFORE, the parties stipulate and agree, by and through their counsel of record in this action and subject to the approval of the Court, as follows: |
| 11 | |
| 12 | 1. Defendants' March 14, 2008 deadline to respond to the Complaint is hereby VACATED, and Defendants need not respond to the Complaint until further notice from the Court and/or as agreed by the parties. |
| 13 | |
| 14 | |
| 15 | 2. The parties will promptly begin drafting documents in support of the proposed settlement, including a Stipulation of Settlement and a joint motion for preliminary approval of the settlement, and will submit such documents to the Court on or before April 11, 2008, unless scheduling or other conflicts dictate that additional time is necessary to submit such documents in which case the parties will submit a further stipulation and proposed order; |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | Dated: February 28, 2008    WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 22 | |
| 23 | |
| 24 | By: ___/s/ Daniel W. Turbow_____<br>Daniel W. Turbow |
| 25 | Counsel for Defendants |
| 26 | /// |
| 27 | |
| 28 | |

| | | |
|---|---|---|
| 1 | Dated: February 28, 2008 | COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C |
| 2 | | |
| 3 | | By:   /s/ Matthew K. Handley |
| 4 | | Matthew K. Handley |
| 5 | | Steven J. Toll<br>Elizabeth Berney |
| 6 | | Matthew K. Handley<br>1100 New York Avenue, N.W. |
| 7 | | West Tower, Suite 500<br>Washington, D.C. 20005 |
| 8 | | Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699 |
| 9 | | Lead Counsel for the Class |
| 10 | | |
| 11 | | BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO |
| 12 | | |
| 13 | | Joseph J. Tabacco, Jr.<br>Christopher T. Heffelfinger |
| 14 | | Nicole Lavallee<br>Julie J. Bai |
| 15 | | 425 California Street, Suite 2100<br>San Francisco, CA 94104-2205 |
| 16 | | Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382 |
| 17 | | |
| 18 | | Liaison Counsel for the Class |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/13/08

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge

1    I, Daniel W. Turbow, am the ECF User whose identification and password are being used
2  to file this Stipulation and [Proposed] Order Regarding Defendants' Response to Third Amended
3  Complaint and Related Scheduling Matters.  In compliance with General Order 45.X.B, I hereby
4  attest that Matthew Handley has concurred in this filing.

Dated:  February 28, 2008                    WILSON SONSINI GOODRICH & ROSATI
                                             Professional Corporation


                                             By:    /s/ Daniel W. Turbow
                                                    Daniel W. Turbow

                                             Counsel for Defendants