LEO P. CUNNINGHAM, State Bar No. 121605
BORIS FELDMAN, State Bar No.128838
DANIEL W. TURBOW, State Bar No. 175015
JONI OSTLER, State Bar No. 230009
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email: lcunningham@wsgr.com
Email: boris.feldman@wsgr.com
Email: dturbow@wsgr.com
Email: jostler@wsgr.com

Attorneys for Defendants
LEAPFROG ENTERPRISES, INC.,
TIMOTHY M. BENDER, JAMES P. CURLEY, THOMAS J. KALINSKE, and
MICHAEL C. WOOD

*E-FILED - 4/17/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re LEAPFROG ENTERPRISES, INC., SECURITIES LITIGATION <br><br> ──────────────────────────── <br><br> This Document Relates to: <br><br>    All Actions. <br> ──────────────────────────── | No. C-03-05421 (RMW) <br> And Related Cases <br><br> CLASS ACTION <br><br> **STIPULATION AND [] ORDER REGARDING SUBMISSION OF SETTLEMENT DOCUMENTS** <br><br> Date:    N/A <br> Time:    N/A <br> Judge: The Honorable Ronald M. Whyte |

1  WHEREAS, the parties have reached an agreement in principle to settle this action and 2 are working to prepare documents in support of the proposed settlement, including a Stipulation 3 of Settlement and a joint motion for preliminary approval of the settlement (the "Settlement 4 Documents");

5  WHEREAS, pursuant to the parties' stipulation and the Court's order dated March 13, 6 2008, the parties are currently due to submit the Settlement Documents to the Court on or before 7 April 11, 2008; and

8  WHEREAS, the parties have been diligently preparing the Settlement Documents but 9 believe that an additional week will be necessary to finalize the Settlement Documents and 10 submit them to the Court, and that this extra week will promote efficiency and conserve 11 resources of the parties and the Court;

12  NOW THEREFORE, the parties stipulate and agree, by and through their counsel of 13 record in this action and subject to the approval of the Court, that the deadline for the parties to 14 submit the Settlement Documents to the Court should be extended one week from April 11, 2008 15 to on or before April 18, 2008, unless scheduling or other conflicts dictate that additional time is 16 necessary to submit such documents, in which case the parties will submit a further stipulation 17 and proposed order.

18 Dated:  April 7, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Daniel W. Turbow
        Daniel W. Turbow

Counsel for Defendants

STIP. & [] ORDER RE SUBMISSION OF
SETTLEMENT DOCUMENTS
No. C-03-05421-RMW

-1-

C:\NrPortbl\PALIB1\PB3\3332126_1.DOC

| | | |
|---|---|---|
| 1 | Dated: April 7, 2008 | COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C |
| 2 | | |
| 3 | | By:   /s/ Matthew K. Handley |
| 4 | | Matthew K. Handley |

Steven J. Toll
Elizabeth Berney
Matthew K. Handley
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Lead Counsel for the Class

BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
Nicole Lavallee
Julie J. Bai
425 California Street, Suite 2100
San Francisco, CA  94104-2205
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Liaison Counsel for the Class

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   4/17/08                              *Ronald M. Whyte*
                                                          The Honorable Ronald M. Whyte
                                                          United States District Judge

STIP. & [] ORDER RE SUBMISSION OF SETTLEMENT DOCUMENTS
No. C-03-05421-RMW

-2-

C:\NrPortbl\PALIB1\PB3\3332126_1.DOC

## ATTESTATION

I, Joni Ostler, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Regarding Submission of Settlement Documents.  In compliance with General Order 45.X.B, I hereby attest that Matthew Handley and Daniel W. Turbow have concurred in this filing.

Dated:  April 7, 2008                           WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation


                                                By:    /s/ Joni Ostler
                                                        Joni Ostler

                                                Counsel for Defendants