UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: July 18, 2008

Case No. C-03-05421-RMW        JUDGE: Ronald M. Whyte

IN RE: LEAPFROG ENTERPRISES, INC. SECURITIES LITIGATION
Title

M. Handley, N. Lavallee                    J. Komar, D. Turbow
Attorneys Present (Plaintiff)              Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia                 COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

FAIRNESS HEARING

**ORDER AFTER HEARING**

Hearing Held. The settlement appears fair, reasonable and adequate. The issue of attorney's fees must be postponed pursuant to the Court's memorandum from earlier this week. The Court set the following schedule: Objections to be filed by 8/8/08; response due 8/15/08; Final Approval of Settlement Hearing is for 8/22/08 @ 9:00 AM.