E-FILED on     7/25/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re LEAPFROG ENTERPRISES, INC. SECURITIES LITIGATION,<br><br>This Document Relates To:<br>    ALL ACTIONS. | No. C-03-05421 RMW<br><br>SCHEDULING ORDER FOR APPROVAL OF ATTORNEY'S FEES REQUEST |
|---|---|

The court held a final settlement approval hearing on July 18, 2008. To enable the court to review the request for attorney's fees, the court sets the following briefing schedule and deadlines:

| | |
|---|---|
| August 8, 2008 | Objections regarding attorney's fees. |
| August 15, 2008 | Any response regarding any objection. |
| August 22, 2008 | Hearing on final approval. |

DATED:     7/25/2008

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

SCHEDULING ORDER FOR APPROVAL OF ATTORNEY'S FEES REQUEST
No. C-03-05421 RMW
TSF

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

| | |
|---|---|
| Michael M. Goldberg | info@glancylaw.com |
| Laurence D. King | lking@kaplanfox.com |
| Linda M. Fong | lfong@kaplanfox.com |
| Patrick J. Coughlin | patc@mwbhl.com |
| Darren J. Robbins | drobbins@mwbhl.com |
| William S. Lerach | billl@mwbhl.com |
| Kimberly C. Epstein | kimcor@mwbhl.com |
| Luke O. Brooks | lukeb@mwbhl.com |
| Nicole Catherine Lavallee | nlavallee@bermanesq.com |
| Julie Juhyun Bai | jbai@bermanesq.com |
| Solomon B. Cera | scera@gbcslaw.com |
| Gwendolyn R. Giblin | ggiblin@gbcslaw.com |
| Matthew K. Handley | mhandley@cmht.com |
| Christopher T. Heffelfinger | cheffelfinger@bermanesq.com |
| David Avi Rosenfeld, Esq | drosenfeld@geller-rudman.com |
| Samuel H. Rudman | srudman@csgrr.com |
| Christopher Paul Seefer | chriss@csgrr.com |

**Counsel for Defendant:**

| | |
|---|---|
| Daniel W. Turbow | dturbow@wsgr.com |
| Kassra Powell Nassiri | knassiri@wsgr.com |
| Leo Patrick Cunningham | lcunningham@wsgr.com |
| Joni L. Ostler | jostler@wsgr.com |

**Counsel for Ms. Engan:**

| | |
|---|---|
| John Vincent Komar | jkomar@business-litigation-associates.com |
| Irwin Bennet Schwartz | ischwartz@business-litigation-associates.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 7/25/2008

TSF
**Chambers of Judge Whyte**

SCHEDULING ORDER FOR APPROVAL OF ATTORNEY'S FEES REQUEST
No. C-03-05421 RMW
TSF                                    2