Joseph J. Tabacco, Jr. (75484)
Christopher T. Heffelfinger (118058)
Nicole Lavallee (165755)
Julie J. Bai (227047)
**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA  94104-2205
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email:  nlavallee@bermanesq.com

*Liaison Counsel for the Class*

Steven J. Toll (admitted *pro hac vice*)
Elizabeth Berney (admitted *pro hac vice*)
Matthew K. Handley (admitted *pro hac vice*)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C**
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C.  20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699
Email:  stoll@cmht.com

*Lead Counsel for the Class*

*E-FILED - 8/21/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re LEAPFROG ENTERPRISES, INC., SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>   All Actions. | No. C-03-05421 (RMW)<br>And Related Cases<br><br>CLASS ACTION<br><br>**STIPULATION AND [] ORDER REGARDING CONTINUANCE OF FAIRNESS HEARING**<br><br>Date: N/A<br>Time: N/A<br>Judge: The Honorable Ronald M. Whyte |

STIP. & [] ORDER REGARDING
CONTINUANCE OF FAIRNESS HEARING
No. C-03-05421-RMW
395782.1 1

WHEREAS, pursuant to the Court's order dated August 8, 2008, the Court continued the Fairness Hearing in this consolidated action from August 22, 2008 to September 12, 2008; and

WHEREAS, counsel preparing to appear in support of Lead Counsel's request for attorneys' fees and expenses is currently scheduled to be out of the country for work on September 12, 2008;

NOW THEREFORE, the parties stipulate and agree, by and through their counsel of record in this action and subject to the approval of the Court, that the Fairness Hearing be extended one week from September 12, 2008 to September 19, 2008.

Dated:  August 18, 2008                              By:     /s/ Nicole Lavallee
                                                                    Nicole Lavallee

                                                     BERMAN DeVALERIO PEASE TABACCO
                                                     BURT & PUCILLO

                                                     Joseph J. Tabacco, Jr.
                                                     Christopher T. Heffelfinger
                                                     Nicole Lavallee
                                                     Julie J. Bai
                                                     425 California Street, Suite 2100
                                                     San Francisco, CA  94104-2205
                                                     Telephone: (415) 433-3200
                                                     Facsimile:  (415) 433-6382
                                                     Email: nlavallee@bermanesq.com

                                                     Liaison Counsel for the Class


                                                     COHEN, MILSTEIN, HAUSFELD &
                                                     TOLL, P.L.L.C
                                                     Steven J. Toll
                                                     Elizabeth Berney
                                                     Matthew K. Handley
                                                     1100 New York Avenue, N.W.
                                                     West Tower, Suite 500
                                                     Washington, D.C. 20005
                                                     Telephone:  (202) 408-4600
                                                     Facsimile:  (202) 408-4699

                                                     Lead Counsel for the Class

STIP. & [] ORDER REGARDING                                    -1-
CONTINUANCE OF FAIRNESS HEARING
No. C-03-05421-RMW
395782.1 1

Dated:  August 18, 2008        By:     /s/ Daniel W. Turbow
                                       Daniel W. Turbow

                               WILSON SONSINI GOODRICH & ROSATI
                               Professional Corporation

                               Leo P. Cunningham, State Bar No. 121605
                               Boris Feldman, State Bar No.128838
                               Daniel W. Turbow, State Bar No. 175015
                               650 Page Mill Road
                               Palo Alto, CA 94304-1050
                               Telephone:  (650) 493-9300
                               Facsimile:   (650) 565-5100
                               Email: dturbow@wsgr.com


                               Counsel for Defendants


Dated:  August 18, 2008        By:     /s/ Irwin B. Schwartz
                                       Irwin B. Schwartz

                               BUSINESS LITIGATION ASSOCIATES, P.C.

                               Irwin B. Schwartz (SBN 141140)
                               John V. Komar (SBN 169662)
                               2033 Gateway Place, Suite 500
                               San Jose, California 95110
                               Telephone: 408-947-9099
                               Facsimile: 408-947-9001
                               Email: ISchwartz@business-litigation-associates.com


                               Counsel for Objectors Natasha L. Engan and
                               National Automatic Sprinkler Industry Pension
                               Fund

STIP. & [] ORDER REGARDING              -2-
CONTINUANCE OF FAIRNESS HEARING
No. C-03-05421-RMW
395782.1 1

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/21/08

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge

I, Nicole Lavallee, am the ECF User whose identification and password are being used to file this Stipulation and Proposed Order Regarding Continuance Of Fairness Hearing. In compliance with General Order 45.X.B, I hereby attest that Daniel Turbow and Irwin Schwartz have concurred in this filing.

Dated: August 18, 2008                               BERMAN DeVALERIO PEASE TABACCO
                                                                               BURT & PUCILLO

By:   /s/ Nicole Lavallee
      Nicole Lavallee

Liaison Counsel for the Class