# BUSINESS | LITIGATION | ASSOCIATES PC

400 Blue Hill Drive, Suite 2
Westwood, MA 02090

| Date | Invoice # |
|---|---|
| 10/14/2008 | 1928 |

**Bill To**

Natasha L. Engan
National Automatic Sprinkler
Industry Pension Fund

| Matter | Leapfrog |
|---|---|

| Date | Timekeeper | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 6/27/2008 | NC | Research and started draft of objection to attorneys' fees; Participated in Conference call with I. Schwartz and J. Komar regarding same. | 2.8 | 125.00 | 350.00 |
| 6/27/2008 | CH | Create file. | 0.13333 | 75.00 | 10.00 |
| 6/27/2008 | KH | Open file; create digital file re same; pull docket and any relevant documents; calendar deadline to oppose and hearing date; research re appearing and conference with IBS re same; calendar proof of claim due date; conference with C. Hatfield re paper file for case. | 1.75 | 110.00 | 192.50 |
| 6/27/2008 | IBS | Review notice of class settlement; review docket; attention to court filings; analysis of objections; email MPMG for trading records; conference call with John Komar and Mike Beagan re basis of objections | 1.78333 | 425.00 | 757.92 |
| 6/29/2008 | JK | Conference with I. Schwartz re case background; read Judge Walker's opinion | 0.6 | 325.00 | 195.00 |
| 6/30/2008 | NC | Draft Objection to Attorneys' Fee award | 4.3 | 125.00 | 537.50 |
| 6/30/2008 | KH | Review draft notices of appearance; discussion with IBS re same; Proofread draft objection. | 1.33333 | 110.00 | 146.67 |
| 6/30/2008 | CH | Draft Notices of Appearance for IBS and JVK. | 0.8 | 75.00 | 60.00 |
| 6/30/2008 | IBS | E-mail correspondence with Laura Harvey | 0.13333 | 425.00 | 56.67 |
| 7/1/2008 | NC | Meet with K. Hutton regarding updating and editing draft of objection under federal rule of civil procedure 23; edit same | 0.4 | 125.00 | 50.00 |
| 7/1/2008 | KH | Discussion with intern re changes to brief and dockets numbers cited to; edit brief re same; email to Noah re same. | 0.66667 | 110.00 | 73.33 |
| 7/2/2008 | NC | Add citations update facts and update documentation for objection under Fed. R. Civ. P. 23; Meet with I. Schwartz regarding same | 1.5 | 125.00 | 187.50 |

| Terms | |
|---|---|

Page 1

BUSINESS | LITIGATION | ASSOCIATES PC

| Date | Invoice # |
|---|---|
| 10/14/2008 | 1928 |

| Matter | Leapfrog |
|---|---|

| Date | Timekeeper | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 7/2/2008 | KH | E-mail correspondence with Irwin Schwartz re proposed order; draft proposed order continuing attorneys fees application; objection brief assistance; begin redacting account paperwork to be submitted with objection; edit objection brief format, proofread, citecheck and revise same. | 3 | 110.00 | 330.00 |
| 7/2/2008 | CH | Pacer research. | 0.41667 | 75.00 | 31.25 |
| 7/2/2008 | JK | Attention to draft papers objecting to attorneys' fees application and email I. Schwartz re same | 0.4 | 325.00 | 130.00 |
| 7/2/2008 | NS | Edits/comments to IBS draft motion, E-mails and calls re: same and strategy. | 3.66667 | 400.00 | 1,466.67 |
| 7/2/2008 | IBS | Review and revise objection | 2.41667 | 425.00 | 1,027.08 |
| 7/3/2008 | KH | Pull exhibits for objection; make IBS edits to objection; finalize and prepare objection, proposed order, notices of appearance for filing; research re courtesy copies, judges standing orders and filing of proposed orders procedure; file notices of appearance, objection and proposed order; arrange courtesy copies. | 3.66667 | 110.00 | 403.33 |
| 7/3/2008 | CH | Copy and scan Exhibits A & B to Objection; Prepare outgoing FedEx shipment; Mail courtesy copy and service copies of objection and notices of appearance; File maintenance re: objection and notices of appearance. | 1.46667 | 75.00 | 110.00 |
| 7/3/2008 | IBS | Review and revise objection | 0.63333 | 425.00 | 269.17 |
| 7/9/2008 | NC | Review objection in Enron for language that may be used against opposing counsel in oral arguments; Email I. Schwartz regarding same | 1 | 125.00 | 125.00 |
| 7/9/2008 | KH | Research re intent to appear at hearing notice; discussion with IBS re same; discussion with JK re same; t/c with Judge Whyte's docket clerk and courtroom deputy; research re Enron filings per IBS; discussion with intern re same. | 1.83333 | 110.00 | 201.67 |

BUSINESS | LITIGATION | ASSOCIATES PC

| Date | Invoice # |
|---|---|
| 10/14/2008 | 1928 |

| Matter | Leapfrog |
|---|---|

| Date | Timekeeper | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 7/10/2008 | NS | Various calls with IBS RE: strategy, Cohen Milstein and NASI stock ownership. | 1.33333 | 400.00 | 533.33 |
| 7/11/2008 | NS | Review Cohen Milstein Application and Declarations, further research re: Available supporting documents and Web research re: Leapfrog and underlying facts. | 4.83333 | 400.00 | 1,933.33 |
| 7/11/2008 | IBS | Attention to email from NASI re Leapfrog holdings; call to Noah Shube re same; Email correspondence with Noah Shube; Email correspondence with Noah Shube; Email correspondence with John Komar;   Email correspondence with Noah Shube , Noah Shube , John Komar; Email correspondence with Noah Shube , John Komar | 0.58333 | 425.00 | 247.92 |
| 7/14/2008 | CH | Print, save, and file ECF documents from Plaintiff; Print, save, and file ECF - Memorandum. | 1.31667 | 75.00 | 98.75 |
| 7/14/2008 | KH | Attention to email from IBS re opposing attorneys fees under local rule; research re same; attention to ECF filings in support of attorneys fees; attention to email from IBS re pulling Bisys case; research re same; print docket and pull particular docket entries re same; email to IBS, JK and NS re same; attention to memo from judge re our objection | 1.25 | 110.00 | 137.50 |
| 7/14/2008 | IBS | Email correspondence with Kayla Hutton, John Komar; Email correspondence with Kayla Hutton, Noah Shube, John Komar; Email correspondence with Kayla Hutton, John Komar; review attorneys fees memorandum; review affidavits; E-mail correspondence with Mike Jacobson | 1.55 | 425.00 | 658.75 |
| 7/14/2008 | JK | Read opposition to objection to fee application; email thread with I. Schwartz and Noah Shube re same; conference call with I. Schwartz and Noah Shube re same; review order granting objection to fee application | 1.5 | 325.00 | 487.50 |

BUSINESS | LITIGATION | ASSOCIATES PC

| Date | Invoice # |
|---|---|
| 10/14/2008 | 1928 |

| Matter | Leapfrog |
|---|---|

| Date | Timekeeper | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 7/15/2008 | IBS | Telephone call from John Komar, Noah L Shube - Spoke; Telephone call from Noah L Shube - Spoke; E-mail correspondence with John Komar | 0.61667 | 425.00 | 262.08 |
| 7/15/2008 | JK | Telephone conference with Matt Handley re objection to fee reqeust; email I. Schwartz re same; conference with I. Schwartz and Noah Shube re same | 1 | 325.00 | 325.00 |
| 7/16/2008 | NC | Research whether a procedural victory is a benefit to the class such that objector's counsel may recover attorney's fees | 1 | 125.00 | 125.00 |
| 7/16/2008 | KH | Calendar conference call with Matt Handley; pull documents from PACER per IBS for phone call. | 0.58333 | 110.00 | 64.17 |
| 7/16/2008 | IBS | E-mail correspondence with Handley, Matthew; Telephone call to Steve Toll, Matthew' 'Handley, John Komar - Conference Call; Telephone call to John Komar, Noah L Shube - Conference Call; E-mail correspondence with Mike Jacobson | 0.76667 | 425.00 | 325.83 |
| 7/16/2008 | JK | Telephone conference with I. Schwartz and class counsel re fee request; conference with I. Schwartz and Noah Shube re same | 1.3 | 325.00 | 422.50 |
| 7/17/2008 | JK | Travel to San Jose for hearing on fee application and read applicable case law en route; prepare for hearing | 2.5 | 325.00 | 812.50 |
| 7/18/2008 | KH | E-mail correspondence with John Komar re briefing schedule set in Court today; update calendar with new dates. | 0.41667 | 110.00 | 45.83 |
| 7/18/2008 | IBS | Telephone call from John Komar - Spoke | 0.56667 | 425.00 | 240.83 |
| 7/18/2008 | JK | Attend hearing on attorneys fees application; telephone conference with Irwin Schwartz re same; return from San Jose | 3.5 | 325.00 | 1,137.50 |
| 7/18/2008 | CH | Digital/physical file maintenance: obj to settlement (ECF). | 0.16667 | 75.00 | 12.50 |
| | | Subtotal - Legal Services | | | 14,582.08 |
| 6/30/2008 | | Prints | 189 | 0.10 | 18.90 |

BUSINESS | LITIGATION | ASSOCIATES PC

| Date | Invoice # |
|---|---|
| 10/14/2008 | 1928 |

| Matter | Leapfrog |
|---|---|

| Date | Timekeeper | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 7/9/2008 | | FedEx - US Dist Ct CA | 1 | 28.04 | 28.04 |
| | | Subtotal - Costs | | | 46.94 |

| Total Amount of Bill | $14,629.02 |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | $14,629.02 |

You may discount the legal services portion of this bill 10% if paid within 15 days