E-FILED on    11/17/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re LEAPFROG ENTERPRISES, INC. SECURITIES LITIGATION, | No. C-03-05421 RMW |
| | ORDER VACATING HEARING |
| This Document Relates To: | |
| ALL ACTIONS. | |

The objectors' motion to for attorney's fees presently set for hearing on November 21, 2008 is hereby submitted on the papers without oral argument. *See* Civil L.R. 7-1(b). The hearing date of November 21, 2008 is vacated. If, upon consideration of the matter, the court deems that oral argument is necessary or would be helpful to the court, the matter will be reset for hearing no earlier than December 5, 2008.

DATED:    11/17/2008

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER VACATING HEARING
No. C-03-05421 RMW
TSF

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

| | |
|---|---|
| Michael M. Goldberg | info@glancylaw.com |
| Laurence D. King | lking@kaplanfox.com |
| Linda M. Fong | lfong@kaplanfox.com |
| Patrick J. Coughlin | patc@mwbhl.com |
| Darren J. Robbins | drobbins@mwbhl.com |
| William S. Lerach | billl@mwbhl.com |
| Kimberly C. Epstein | kimcor@mwbhl.com |
| Luke O. Brooks | lukeb@mwbhl.com |
| Nicole Catherine Lavallee | nlavallee@bermanesq.com |
| Julie Juhyun Bai | jbai@bermanesq.com |
| Solomon B. Cera | scera@gbcslaw.com |
| Gwendolyn R. Giblin | ggiblin@gbcslaw.com |
| Matthew K. Handley | mhandley@cmht.com |
| Christopher T. Heffelfinger | cheffelfinger@bermanesq.com |
| David Avi Rosenfeld, Esq | drosenfeld@geller-rudman.com |
| Samuel H. Rudman | srudman@csgrr.com |
| Christopher Paul Seefer | chriss@csgrr.com |

**Counsel for Defendant:**

| | |
|---|---|
| Daniel W. Turbow | dturbow@wsgr.com |
| Kassra Powell Nassiri | knassiri@wsgr.com |
| Leo Patrick Cunningham | lcunningham@wsgr.com |
| Joni L. Ostler | jostler@wsgr.com |

**Counsel for Objectors, Natasha Engan and National Automatic Sprinkler Industry Pension Fund:**

| | |
|---|---|
| John Vincent Komar | jkomar@business-litigation-associates.com |
| Irwin Bennet Schwartz | ischwartz@business-litigation-associates.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   11/17/2008                                                        TSF
                                                                  **Chambers of Judge Whyte**

ORDER VACATING HEARING
No. C-03-05421 RMW
TSF                                                       2