UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re LEAPFROG ENTERPRISES, INC. SECURITIES LITIGATION ) ) ) | CIVIL ACTION NO. C-03-05421-RMW |
| ) | |
| This Document Relates To: ) ) | [] ORDER GRANTING APPLICATION FOR AN ORDER AUTHORIZING *CY PRES* DISTRIBUTION |
| All Actions ) ) ) ) ) ) ) ) ) | |

Having considered the papers filed by the Lead Plaintiff Parnassus Fund and the Parnassus Equity Income Fund ("Lead Plaintiff") for an Order Authorizing *Cy Pres* Distribution to The Institute for Law & Economic Policy; it further appearing to the Court that $18,693.90 in outstanding uncashed expired eligible claimant checks remains in the Net Settlement Fund; and for good cause shown,

IT IS HEREBY ORDERED:

(1) Lead Plaintiff's Application for an Order Authorizing *Cy Pres* Distribution is GRANTED.

(2) The Court authorizes Lead Plaintiff's counsel to distribute $18,693.90 of settlement funds to The Institute for Law & Economic Policy.

(3) This distribution of settlement funds is made pursuant to the inherent authority of the Court and consent of the parties, specifically pursuant to the Stipulation of Settlement (ECF No. 274) reached in this case.

(4) Pursuant to the Court's December 21, 2009, Order re: Distribution of Class Settlement Fund (ECF No. 319), the Claims Administrator shall distribute the remaining funds to The Institute for Law & Economic Policy.

(5) Providing no further adjustments must be made to the accounting, then after ninety days (a) the settlement administration will be terminated; and (b) Lead Plaintiff, Lead Counsel and the Claims Administrator will be discharged from any further duties in connection with the administration of the settlement fund.

**IT IS SO ORDERED.**

DATED: _____

_/s/ Ronald M. Whyte_
HON. RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

1  Submitted by:

2  Joseph J. Tabacco, Jr.
   Christopher T. Heffelfinger
3  Nicole Lavallee
   **BERMAN DEVALERIO**
4  One California Street, Suite 900
   San Francisco, CA  94111
5  Telephone: (415) 433-3200
   Facsimile:  (415) 433-6382
6
   *Liaison Counsel for Lead Plaintiff and the Class*
7
   Steven J. Toll
8  **COHEN MILSTEIN SELLERS & TOLL PLLC**
   1100 New York Avenue, N.W.
9  West Tower, Suite 500
   Washington, D.C.  20005
10 Telephone:  (202) 408-4600
   Facsimile:  (202) 408-4699
11
   *Lead Counsel for Lead Plaintiff and the Class*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28